| | |
|---|---|
| DEVON DANTE HARRIS, JR.,<br><br>  Plaintiff,<br><br> v.<br><br> JAMES RANDLE, *et al.*,<br><br>  Defendants. | 1:19-cv-00254-JDP<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>ECF No. 4<br><br>ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY KERN COUNTY JAIL |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Plaintiff is a state prisoner proceeding with counsel in this civil rights action brought under 42 U.S.C. § 1983. He has requested leave to proceed *in forma pauperis* under 28 U.S.C. § 1915. ECF No. 4. Plaintiff has made the showing required by § 1915(a), so the court will grant his request to proceed *in forma pauperis*. Plaintiff must pay the statutory filing fee of $350.00. *See* 28 U.S.C. § 1915(b)(1). Plaintiff must make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account. Kern County Jail is required to send to the clerk of the court payments from plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

In accordance with the above and good cause appearing therefore, it is hereby ordered that:

1

1. Plaintiff's application to proceed *in forma pauperis*, ECF No. 4, is granted.
2. The Kern County Jail shall collect payments from plaintiff's prison trust account in an amount equal to twenty percent of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the clerk of the court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the clerk of the court. The payments shall be clearly identified by the name and number assigned to this action.
3. The clerk of the court is directed to serve a copy of this order and a copy of plaintiff's *in forma pauperis* application on Kern County Jail via the court's electronic case filing system (CM/ECF).
4. The clerk of the court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Sacramento Division.

IT IS SO ORDERED.

Dated: May 6, 2019

UNITED STATES MAGISTRATE JUDGE