UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVON DANTE HARRIS, JR., | No. 1:19-cv-00254-DAD-HBK (PC) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION |
| JAMES RANDLE, et al., | |
| Defendants. | (Doc. No. 27) |

Plaintiff Devon Dante Harris, Jr. is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 19, 2021, the assigned magistrate judge screened plaintiff's third amended complaint and issued findings and recommendations recommending that this action be dismissed due to plaintiff's failure to state a cognizable claim upon which relief may be granted.  (Doc. No. 27.)  Those pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 10.)  To date, no objections to the pending findings and recommendations have been filed, and the time in which to do so has now passed.

/////

/////

1

1  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on July 19, 2021 (Doc. No. 27) are adopted in full;
2. This action is dismissed due to plaintiff's failure to state a claim; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **August 10, 2021**                    /s/ Dale A. Drozd
                                    UNITED STATES DISTRICT JUDGE